# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY
COUNSEL,

    Petitioner

  v.

JOHN R. PARROCCINI,

    Respondent

: No. 3034 Disciplinary Docket No. 3
:
: No. 23 DB 2024
:
: Attorney Registration No. 82328
:
: (Dauphin County)
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 15th day of March, 2024, upon consideration of the Verified Statement of Resignation, John R. Parroccini is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).